**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MARSHAUN STEWART**                                      **PETITIONER**

**v.**                                      **No. 2:04CV300-P-A**

**CHRISTOPHER EPPS, ET AL.**                                  **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED.**

**SO ORDERED,** this the 28th day of June, 2005.

                                                                              /s/ W. Allen Pepper, Jr.
                                                                              W. ALLEN PEPPER, JR.
                                                                              UNITED STATES DISTRICT JUDGE